**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 8:05-cr-144-JDW-TGW<br>8:26-mj-1052-LSG | DATE: | January 12, 2026 |
|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | **INTERPRETER:** | |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | |
| v. | | **GOVERNMENT COUNSEL**<br>Samantha Beckman AUSA | |
| BENJAMIN CHARLES ACKERMAN, JR. | | **DEFENSE COUNSEL**<br>Ashley Allen AFPD | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Amanda Craig |
| **TIME:**  2:38 – 3:20 | **TOTAL:** 42 MIN | **PROBATION:** | Clarissa Smith |
| | | **COURTROOM:** | 12A |

**PROCEEDINGS**: INITIAL APPEARANCE ON VIOLATION OF SUPERVISED RELEASE & INITIAL APPEARANCE ON COMPLAINT

**IA/VOSR:**

Defendant provided a copy of the Petition.
Arrest Date: 1/12/2026.
Court advises Defendant of rights and alleged violations.
Proceedings conducted pursuant to Rule 32.1.
Financial Affidavit submitted for approval. Court finds that Defendant qualifies for the appointment of counsel. AFPD appointed for all further proceedings.
Preliminary hearing held (See below).
Government moves for detention.
Defendant moves for pretrial release/opposes the Government's motion for detention.

Court orders the defendant detained

**IA/Complaint:**
Defendant provided copy of complaint.
Court summarized charges; court advises defendant of rule 5 rights.
AFPD previously appointed in other case.
Oral Due Process.
Bond: Defendant Previously Ordered Detained in other case.

Preliminary Hearing Held:
2:55 Government calls Clarissa Smith, Probation Officer sworn and testifies.
3:00 Cross by Defense.
3:02 Re-direct by Government. Witness excused.

3:03 Government calls Gary McIver, Special Agent sworn and testifies.
3:12 Cross by Defense.
3:15 Witness excused.
Oral argument by counsel.
Probable Cause established.
Defendant remanded to custody of USMS.
Court adjourned.