

JAN 13 2026 PM4:01
FILED - USDC - FLMD - TPA

RECEIVED U.S. MARSHALS
2026 JAN 12 PM1:18

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America

v.

Benjamin Charles Ackerman Jr.

)
)
)
)
)
)

Case No.   8:26-mj-1052-LSG

*Defendant*

## ARREST WARRANT

JAN 15 2026 PM4:25
FILED - USDC - FLMD - TPA

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Benjamin Charles Ackerman Jr.                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

Date:   1/12/26

_____
*Issuing officer's signature*

City and state:   Tampa, FL

HONORABLE LINDSAY S. GRIFFIN, U.S.M.J.
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1-12-26 , and the person was arrested on *(date)* 12 JAN 26 at *(city and state)* TAMPA, FL . |
| Date: 1-12-26 |

_____
*Arresting officer's signature*

MCKENZI PHELPS DUSM
*Printed name and title*