**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                                             **Case No.: 8:26-mj-1052-LSG**

**BENJAMIN ACKERMAN**

_____ /

**<u>NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL</u>**

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, **BENJAMIN ACKERMAN,** in the above-styled cause.

The Clerk is requested to enter the appearance of **JESSICA CASCIOLA**, Assistant Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of **ASHLEY ALLEN,** Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 20th day of January 2026.

Respectfully submitted,

CHARLES L. PRITCHARD
FEDERAL DEFENDER

***<u>/s/ Jessica Casciola</u>***
Jessica Casciola
Assistant Federal Defender
Florida Bar No. 40829
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Fax: 813-228-2562
Email: Jessica_Casciola@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January 2026, a true and correct copy of the foregoing was furnished by CM/ECF to with the Clerk of the Court, which will send notice of the electronic filing to the following:

Samantha Beckman, AUSA

*/s/ Jessica Casciola*
Jessica Casciola
Assistant Federal Defender