UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:26-CR-42-JLB-CPT

BENJAMIN CHARLES ACKERMAN, JR.

_____    _____  ____

## NOTICE OF APPEARANCE

Comes now, JESSICA CASCIOLA, attorney for Defendant, and hereby enters

this Notice of Appearance on his behalf in the above-captioned cause.

## WAIVER OF DEFENDANT'S PRESENCE AT
## ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, BENJAMIN CHARLES ACKERMAN, JR., the above-named defendant,

do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges.

I hereby state that I have received a copy of the charging instrument.

_____
Jessica Casciola
Assistant Federal Public Defender

Date: 10 Feb 26

x _____
Benjamin Charles Ackerman, Jr.

**IF DEFENDANT WAIVES HIS RIGHT TO BE PRESENT AT THE SCHEDULED ARRAIGNMENT, COUNSEL FOR THE GOVERNMENT AND DEFENDANT MAY APPEAR TELEPHONICALLY AT THAT PROCEEDING.**

## REQUEST FOR DISCOVERY

Comes now, BENJAMIN CHARLES ACKERMAN, JR., by and through his Undersigned attorney, and hereby gives notice that he will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

Jessica Casciola
Assistant Federal Defender
Florida Bar No. 40829
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Fax: 813-228-2562
Email: Jessica_Casciola@fd.org

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Defendant's waiver of their presence and the presence of their attorney at the Arraignment and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

UNITED STATES MAGISTRATE JUDGE

Date:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __10__ day of February 2026, a true and correct copy of the foregoing was furnished by CM/ECF to with the Clerk of the Court, which will send notice of the electronic filing to the following:

Samantha Beckman, AUSA

*/s/ Jessica Casciola*
Jessica Casciola
Assistant Federal Public Defender

2