**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                              Case No. 8:26-cr-42-JLB-CPT

BENJAMIN CHARLES ACKERMAN, JR.

**CLERK'S MINUTES**
Proceeding: Arraignment
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: February 13, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 10:01 a.m. |
| USPO: none | Recess: 10:03 a.m. |
| Court Reporter: Digital | Total Time: 2 min |
| Interpreter: none | |

Counsel for USA: Brooke Padgett, AUSA
Counsel for Defendant: Jessica Casciola, AFPD

Court calls case and counsel enters appearances.

Defendant has filed a waiver of presence at arraignment and entry of not guilty plea. Court accepted waiver.

Oral motions for discovery. Motions granted.

Defendant deemed arraigned.

Pretrial order to be entered.

Recess.