UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
**STATUS CONFERENCE**

Case Number: **8:26-CR-42-JLB-CPT**

| UNITED STATES OF AMERICA | Government Counsel: | Samantha Elizabeth Beckman |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| BENJAMIN CHARLES ACKERMAN, JR. | Defense Counsel: | Jessica Casciola |
| Defendant. | | |

| Judge: | **John L. Badalamenti** | Court Reporter: | Lori Cecil Vollmer |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | March 9, 2026 | Time: Total: | 3:07PM – 3:15PM 8 minutes |

Counsel identified for the record.

Defendant's *Oral Motion for Continuance* is GRANTED, for reasons stated on the record. The Government had no objection.

Defendant's written Waiver of Speedy Trial through June 2026 to be filed within ten (10) calendar days. This case is continued to the JUNE trial term commencing June 1, 2026. Criminal Status Conference will be held on May 11, 2026 at 1:30PM via zoom video conference.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial. The Court finds that the time from now until the end of the June 2026 trial calendar constitutes excludable time.