UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                            Case No. 8:26-cr-00042-JLB-CPT

BENJAMIN ACKERMAN

_____

### **Unopposed Motion for Leave to File a Reply**

Defendant Benjamin Ackerman respectfully requests leave to file a reply to the government's response to his *Motion To Compel Identity Of Confidential Source And Corresponding Law Enforcement Agreements And Documents Related To Confidential Source.*

On April 20, 2026, Mr. Ackerman filed a motion setting forth the reasons that Mr. Ackerman needs further information about the confidential source, including the identity and any agreements related to the source. On May 5, 2026, the government filed its response to Mr. Ackerman's motion.

Under Local Rule 3.01(d), a reply is not a matter of right and must not exceed seven pages inclusive of all parts.  Here, a reply is necessary to address the government's contentions. More specifically, the defense would like to address two arguments the government makes: 1) that Mr. Ackerman has not established details for needing the identity and related documents for the

confidential source and, 2) that the confidential source did not play a role in the criminal activity.

The undersigned has conferred with AUSA Samantha Beckman and AUSA Beckman does not oppose the requested relief.

For these reasons, Mr. Ackerman respectfully requests leave to file a reply in the pretrial litigation at issue.

Dated this 7th day of May, 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Defender
Middle District of Florida

/s/ Jessica Casciola
Florida Bar No. 40829
Assistant Federal Defender
Office of the Federal Defender
400 North Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 228 2715
Email:jessica_casciola@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of May 2026 the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to the United States Attorney's Office.

*/s/ Jessica Casciola*
Jessica Casciola, Esq.
Counsel of Record