UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-42-JLB-CPT

BENJAMIN CHARLES ACKERMAN, JR.

**UNITED STATES' INFORMATION AND
NOTICE OF PRIOR CONVICTION UNDER 21 U.S.C. § 851**

The United States of America, by Gregory W. Kehoe, United States Attorney
for the Middle District of Florida, files this Information and Notice of Prior
Conviction under 21 U.S.C. §§ 851 and 841 (b)(1)(B), and contends that:

1.     A grand jury returned a one-count Indictment against the defendant,
charging him with the following offense:

Count One – On or about January 12, 2026, the defendant possessed with
intent to distribute 50 grams or more of a mixture and substance containing a
detectable amount of methamphetamine, a Schedule II controlled substance, in
violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

2.     As to Count One, a violation of 21 U.S.C. § 841 (b)(1)(B) provides for a
mandatory minimum term of imprisonment of five years and a maximum term of
imprisonment of forty years, a fine not to exceed the greater of that authorized in
accordance with the provisions of Title 18 or $5,000,000, and a minimum term of
supervised release of at least four years up to life.

3. Pursuant to 21 U.S.C. §§ 841 (b)(1)(B) and 851, if any person commits such a violation after a prior conviction for a "serious drug felony" has become final, such person shall be sentenced to enhanced penalties.

4. The defendant has the following prior conviction for a "serious drug felony" that has become final, for which the defendant has served a term of imprisonment of more than 12 months, and the defendant's release from imprisonment was within 15 years of the commencement of the offense charged in Count One:

a. Conspiracy to Possess with the Intent to Distribute 50 Grams or More of Cocaine, in the United States District Court for the Middle District of Florida, in case number 8:05-cr-144-T-27TGW, on or about June 5, 2006.

5. Because the defendant's prior conviction constitutes a "serious drug felony" under 21 U.S.C. § 802(58), the defendant is subject, upon conviction for the offense charged in Count One, to the enhanced penalties described in 21 U.S.C. § 841 (b)(1)(B) including: a mandatory minimum term of imprisonment of ten years and a maximum term of imprisonment of life, a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18 or $8,000,000, and a minimum term of supervised release of at least eight years up to life.

6.      Accordingly, the United States respectfully requests that upon the

defendant's conviction for the offense charged in Count One of the Indictment, the

Court apply the enhanced penalty provisions of 21 U.S.C. § 841 (b)(1)(B) in

determining an appropriate sentence in this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:     */s/ Samantha E. Beckman*
Samantha E. Beckman
Assistant United States Attorney
FL Bar No 102533
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Samantha.Beckman@usdoj.gov

**U.S. v. Benjamin Charles Ackerman, Jr.**          **Case No. 8:26-cr-42-JLB-CPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

By:     */s/ Samantha E. Beckman*
Samantha E. Beckman
Assistant United States Attorney
FL Bar No 102533
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Samantha.Beckman@usdoj.gov