CLERK'S MINUTES
**STATUS CONFERENCE**

**Case Number: 8:26-cr-42-JLB-CPT**

**UNITED STATES OF AMERICA**

Government
Counsel:  **Samantha Elizabeth Beckman**

**Plaintiff,**

**v.**

**BENJAMIN CHARLES ACKERMAN, JR.**

Defense
Counsel:  **Jessica Casciola**

**Defendant.**

| Judge: | **John L. Badalamenti** | Court Reporter: | Lori Cecil Vollmer |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | May 11, 2026 | Time: Total: | 2:04PM – 2:08PM 4 minutes |

Counsel identified for the record.

Defendant's *Oral Motion for Continuance* is GRANTED, for reasons stated on the record. The Government had no objection.

Defendant's written Waiver of Speedy Trial through July 2026 to be filed within ten (10) calendar days. This case is continued to the AUGUST 2026 trial term commencing August 3, 2026. Criminal Status Conference will be held on July 13, 2026 at 1:30PM via zoom video conference.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial. The Court finds that the time from now until the end of the August 2026 trial calendar constitutes excludable time.