# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                   Case No.: 8:26-CR-42-JLB-CPT

BENJAMIN CHARLES ACKERMAN, JR.

_____ /

### LIMITED WAIVER OF SPEEDY TRIAL

Defendant, **BENJAMIN CHARLES ACKERMAN, JR.**, by and through undersigned counsel, hereby freely and voluntarily waives his right to speedy trial under 18 U.S.C. § 3161 and the United Constitution through October 31, 2026.

DATED this 14th day of July 2026.

_____
Benjamin Charles Ackerman, Jr.
Defendant

_____
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. No. 117534
400 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
E-mail: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Samantha Beckman

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Defender