UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-42-JLB-CPT

BENJAMIN CHARLES ACKERMAN, JR.

# STATUS REPORT

The parties jointly file this status report as ordered at Doc. 45.

## I. Procedural Background

Ackerman was arrested on a criminal complaint January 12, 2026, following the execution of a search warrant the same date. Doc. 1. On February 4, 2026, a federal grand jury returned a one-count indictment charging the defendant with possession with the intent to distribute methamphetamine. Doc. 13. Ackerman is detained. Doc. 9. Ackerman previously sought to compel the identity of an informant. Doc. 26. This motion was denied. Doc. 39.

## II. Trial Posture

Ackerman is not yet ready for trial. The defense intends to seek a motion to continue trial and extension of the pretrial motion deadline. The defense is reviewing the case for a potential motion to suppress the search warrant. If set for trial, this matter will take approximately three days to try.

## III. Speedy trial

This matter is presently set on the October trial term. The Court last deemed speedy excludable through October 31, 2026. Doc. 42. The defendant seeks to waive

speedy trial along with the motion to continue.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *<u>/s/ Samantha E. Beckman</u>*

Samantha E. Beckman
Assistant United States Attorney
Florida Bar No. 102533
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Samantha.beckman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan Maguire, Esq.

By: *<u>/s/ Samantha E. Beckman</u>*

Samantha E. Beckman
Assistant United States Attorney
FL Bar No 102533
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: samantha.beckman@usdoj.gov