**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:26-CR-42-JLB-CPT**

**BENJAMIN ACKERMAN**
______________________________/

**UNOPPOSED MOTION FOR CONTINUANCE OF OCTOBER 2026 TRIAL TERM**

COMES NOW, the Defendant, BENJAMIN ACKERMAN, through undersigned counsel and pursuant to Local Rule 3.08, moves this Honorable Court to continue trial term set for October 2026 trial term commencing October 5, 2026, by three cycles. As grounds in support thereof, Mr. Ackerman shows:

1. Mr. Ackerman had his initial appearance on violation of supervised release and appearance on complain on January 12, 2026, before Honorable Lindsay S. Griffin. The Preliminary hearing was held, the Federal Public Defender's Office was appointed, and Mr. Ackerman was remanded to custody of the US Marshals. Doc. 8.

2. On February 4, 2026, a one-count Indictment was filed by the government, charging Mr. Ackerman with intent to distribute a controlled substance pursuant to 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). Doc. 13.

3. Mr. Ackerman waived his appearance at the Arraignment held February 13, 2026. Docs. 16,17 and 20.

4. A Status conference was held on May 11, 2026, whereupon a motion for continuance was granted, setting this matter for August 2026 trial term, contingent that a waiver of speedy trial was filed within ten calendar days, and a status conference on July 13, 2026. A waiver of speedy trial has been filed. Doc. 32 and 37.

5. Undersigned counsel filed his notice of appearance and substitution of counsel on May 29, 2026. Doc. 38.

6. During a status conference held on July 13, 2026, an oral motion for continuance was granted which reset this matter to October trial term 2026 provided that a waiver of speedy trial was filed within ten (10) calendar days. Defense filed a waiver of speedy through October 31, 2026. Doc. 44.

7. Undersigned counsel requests a continuance of October 2026 trial term by three cycles to allow defense adequate time to complete review of materials for a potential motion to suppress the search warrant.

8. This request is made in good faith, in the interests of justice, and not to unnecessarily delay the proceedings. The undersigned has conferred with Mr. Ackerman, and he understands that the request at bar constitutes a

waiver of his rights pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. Mr. Ackerman Jr. wishes to waive speedy trial through January 31, 2027.

9. Undersigned counsel has conferred with Assistant United States Attorney Samantha Beckman, who represents the Government in this case, and she has advised the Government has no objection to the relief requested.

**MEMORANDUM OF LAW**

Local Rule 3.08 provides that a continuance may be allowed by order of the Court for good cause shown. Good cause has been shown for the granting of the requested continuance. Mr. Ackerman argues that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, good cause having been shown, the Defendant, BENJAMIN ACKERMAN, JR., respectfully moves for a continuance of the hearing for the above-stated reasons and requests the case be re-set to October 2026 trial term.

DATED this 23rd day of September 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of September 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Samantha Beckman

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender