**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA, Case No.: 8:26-cr-00042-JLB-CPT
Plaintiff,

v.

BENJAMIN CHARLES ACKERMAN, JR.,
Defendant.
______________________________/

## NOTICE OF APPEARANCE

COME NOW Nicole N. Sanchez, Esquire, and Tyler K. Vaughn, Esquire, of Sanchez Vaughn, Trial Lawyers, and hereby enter this Notice of Appearance as counsel for Defendant, BENJAMIN CHARLES ACKERMAN, JR.

Respectfully submitted,

*/s/ Nicole N. Sanchez*
NICOLE N. SANCHEZ, Esquire

*/s/ Tyler K. Vaughn*
TYLER K. VAUGHN, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the United States District Court Clerk of Court via the CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney, this 7th day of October 2026.

*/s/ Nicole N. Sanchez*
NICOLE N. SANCHEZ, Esquire
FBN: 107402
*/s/ Tyler K. Vaughn*
TYLER K. VAUGHN, Esquire
FBN: 1031750
Sanchez Vaughn, Trial Lawyers
401 E Jackson Street, Suite 3300
Tampa, Florida 33602
(813) 582-5188
nicole@sanchezvaughn.com
tyler@sanchezvaughn.com